UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-61627-CIV-COHN/SELTZER

ISABEL GARCIA GALDAMEZ, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

SUPER STOP 411 INC and JOSEPH
GEORGE,

    Defendants.
_____/

**ORDER SETTING CALENDAR CALL, TRIAL DATE, AND PRETRIAL DEADLINES**
**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE FOR**
**<u>PRETRIAL DISCOVERY MATTERS</u>**

**THIS CAUSE** is before the Court upon the filing of the Complaint. The Court has carefully considered the complaint and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The above-entitled cause is hereby set for trial before the Honorable James I. Cohn, United States District Judge, at United States District Court at 299 East Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida, during the **two-week trial period** commencing **Monday, March 5, 2018**, at 9:00 a.m., or as soon thereafter as the case may be called.

2.    The Calendar Call will be held on **March 1, 2018** at 9:00 a.m.

3.    Discovery shall commence upon service of the Complaint, as no Scheduling Conference will be held in this case.

4.    Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules

of the Southern District of Florida the above-captioned cause is **REFERRED** to United States Magistrate Barry S. Seltzer for appropriate disposition of all pro hac vice motions, and all pretrial discovery motions, and all motions that relate directly to these motions, such as motions for extension of time, motions for reconsideration, motions for sanctions, and motions for mental or physical examinations.  This Order does not refer any motion which requests a continuance or extension of the trial or pretrial scheduling dates.

5. The following pretrial deadlines shall apply in this case:

| | |
|---|---|
| Joinder of parties and Amendment of Pleadings | October 30, 2017 |
| Discovery cutoff | November 30, 2017 |
| Dispositive pretrial motions and Motions to Exclude or Limit Expert Testimony | December 22, 2017 |
| Mediation Report Deadline | January 22, 2018 |
| Motions in Limine | February 14, 2018 |
| Responses to Motions in Limine, Joint Pretrial Stipulation and Deposition Designations for Trial for Unavailable Witnesses | February 23, 2018 |
| Proposed Jury Instructions, and any Counter-designations and objections to Deposition designations | Calendar Call |

6. Proposed jury instructions with substantive charges and defenses, as well as verdict forms, shall be in typed form and emailed to the Court.  To the extent these instructions are based upon the Eleventh Circuit Pattern Jury Instructions, counsel shall indicate the appropriate Eleventh Circuit Pattern Jury Instruction upon which the

2

instruction is modeled.  All other instructions shall include citations to relevant supporting case law.

    7.    **Plaintiff's counsel shall serve a copy of this Order upon Defendants.**

    8.    Prior to trial, counsel shall submit to the Court a typed list of proposed witnesses and/or exhibits.  All exhibits shall be pre-labeled in accordance with the proposed exhibit list.  Exhibit labels must include the case number.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on this 15th day of August, 2017.

_____
JAMES I. COHN
United States District Judge

Copy Provided:

Magistrate Judge Barry Seltzer
Counsel of record or pro se party listed on CM/ECF