UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-61627-CIV-COHN/SELTZER

ISABEL GARCIA GALDAMEZ, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

SUPER STOP 411 INC and JOSEPH
GEORGE,

    Defendants.
_____/

## NOTICE OF COURT PRACTICE IN FLSA CASES

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record.

**THE COURT** notes that this is a Fair Labor Standards Act ("FLSA") case in which the Plaintiff seeks unpaid wages. In order to assist the Court in the management of the case, Plaintiff shall file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages (hours worked and hourly rate), and the nature of the wages (e.g., overtime or regular) within fifteen (15) calendar days from the date of this Order.

Along with the separately entered trial order for this case, Plaintiff shall promptly serve a copy of the statement on Defendants' counsel when counsel for Defendants first appears in the case, or at the time of filing if Defendants' counsel has already appeared in the case (or upon Defendants if unrepresented at the time of responding to the Complaint). Defendants shall file a response within fifteen (15) calendar days of receiving service of Plaintiff's statement.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of August, 2017.

JAMES I. COHN
United States District Judge

Copies provided to:

Magistrate Judge Barry Seltzer
counsel of record or *pro se* party via CM/ECF