UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-61627-CIV-JIC

ISABEL GARCIA GALDAMEZ, and all others )
similarly situated under 29 U.S.C. 216(b), )
                )
      Plaintiff, )
  vs. )
                )
SUPER STOP 441 INC, )
JOSEPH GEORGE, )
                )
      Defendants. )
_____)

**PLAINTIFF'S STATEMENT OF CLAIM**

  Now comes the Plaintiff, by and through the undersigned, and files the above-described Statement of Claim as follows:

**Federal Half-Time Overtime Wage Claim (8/14/14-8/3/17):**
Weeks: 155
Overtime hours: 10
Amount of half-time overtime per hour not compensated: $4.75 (based on $9.50/hr.)
Total overtime wages unpaid and liquidated damages: $7,362.50 X 2 = $14,725.00, *exclusive of* **attorneys' fees and costs**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.

            Respectfully submitted,

            J. H. ZIDELL, P.A.
            ATTORNEYS FOR PLAINTIFF
            300-71ST STREET, SUITE 605
            MIAMI BEACH, FLORIDA 33141
            305-865-6766
            305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
Rivkah F. Jaff, Esquire
Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 8/15/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.**