# UNITED STATES DISTRICT COURT
## for the
## Southern District of Florida

CASE NO.: 0:17-cv-61627-JIC

ISABEL GARCIA GALDAMEZ, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
Plaintiff, )
)
vs. )
)
SUPER STOP 441 INC, )
JOSEPH GEORGE, )
)
Defendants. )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
SUPER STOP 441 INC
Registered Agent: JOSEPH GEORGE
2099 S. STATE ROAD 7
FORT LAUDERDALE, FL 33317

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 08/15/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17- 6/622

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Safer Sign 441 - Inc

was received by me on *(date)* 8/12/17.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* M Majd MG, who is designated by law to accept service of process on behalf of *(name of organization)* Safer Sign 441 c 12 c on *(date)* 8/12/17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 8/12/17

_____
Server's signature

Perry Parang
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 0:17-cv-61627-JIC

ISABEL GARCIA GALDAMEZ, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
Plaintiff, )
)
vs. )
)
SUPER STOP 441 INC, )
JOSEPH GEORGE, )
)
Defendants. )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
JOSEPH GEORGE
6744 PANSY DR  3695 S/n tae #6 7  Fort Lauderdale, Fla 33317
MIRAMAR, FL 33023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 08/15/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

Civil Action No. 17-61627

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joseph Grillo

was received by me on *(date)* 8/17/17.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* 8/17/17 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 8/17/17

______
*Server's signature*

Perry Parang
*Printed name and title*

______
*Server's address*

Additional information regarding attempted service, etc:

Case 0:17-cv-61627-BSS Document 9 Entered on FLSD Docket 08/21/2017 Page 4 of 4